UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN ADAMS,
    Plaintiff,

v.  CASE NO. 3:23cv3882-MCR/HTC

CAPT. JOSEPH I. SCHROCK, et al.,
    Defendants.
_____/

### ORDER

On August 31, 2023, counsel for Plaintiff filed a Suggestion of Death, stating that Defendant Nathan Alexander Weeks died on December 23, 2022. ECF No. 31. If a party dies during the pendency of a civil action, a proper party may move for substitution within 90 days after being served with a statement noting the death. Fed. R. Civ. P. 25(a). Counsel is hereby ordered to serve the decedent's nonparty representative, pursuant to Fed. R. Civ. P. 25(a)(3), file proof of service on the record, and substitute a proper party, if one can be found, within 90 days, *see* Fed. R. Civ. P. 25(a)(1), or the deceased Defendant will be dismissed. The case is therefore **STAYED** for **90 days** to allow the time for substitution.

**DONE AND ORDERED** on this 29th day of August 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**