110790-5

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN ADAMS,

                                                    CASE NO. 3:23-cv-3882-MCR-HTC

      Plaintiff,

vs.

CAPT. JOSEPH I. SCHROCK
and SGT. MICHAEL C. TONA,
CENTURION OF FLORIDA,
LLC, MHM HEALTH
PROFESSIONALS, LLC,
CHRISTINE NOBLES, GERALD
AMATUCCI, KELLY WEXLER,
SUMMER SEALY, and TROY
WILCOXSON,

      Defendants.
_____/

## MOTION TO MODIFY SCHEDULING ORDER

Defendants CENTURION OF FLORIDA, LLC, MHM HEALTH PROFESSIONALS, LLC, CHRISTINE NOBLES, GERALD AMATUCCI, KELLY WEXLER, SUMMER SEALY, and TROY WILCOXSON ("Movants"), by and through their undersigned attorneys, move to modify the scheduling order in this matter (Doc. 30 and 45). In support of this Motion, the Movants state:

The Parties have continued to engage in discovery in a collaborative fashion. Movants have been in contact with counsel for the Plaintiff and the corrections

defendants, and can represent that all parties agree that additional time to complete discovery would be to all of their benefit, so that records can be secured and experts can perform their analyses. Specifically, additional time will permit the parties to depose the treating physicians disclosed by the Plaintiff as non-retained experts and have their testimony available for Defendants' experts.

Federal Rule of Civil Procedure 16(b)(4) provides that parties may apply to the Court for enlargement of time to complete discovery for "good cause." Movants respectfully submit to the Court that good cause exists here, as all parties agree that additional time for discovery will permit a more fulsome record to be developed for dispositive motions.

Discovery in this case is currently set to end on May 31, 2024. Movants submit that good cause exists to extend the deadlines controlling this case. Movants and Plaintiff had a cordial meet and confer discussion on this issue earlier today, and they collectively settled on an approximate two month extension of the defendants' expert disclosure deadline, close of discovery deadline, and dispositive motion deadline. Counsel for the corrections defendants has indicated that they, too, are amenable to extending these deadlines, but for a slightly shorter time period. Accordingly, Movants file this motion in an abundance of caution, and to advise the Court that the parties are continuing to work collaboratively to finalize a proposed

schedule that hopefully will be submitted as a joint motion for the Court's approval in the very near future.

May 1, 2024

Respectfully submitted,

/s/ Peter Bartoszek
Peter Bartoszek (1015519)
PBartoszek@wickersmith.com
WICKER SMITH O'HARA
McCOY & FORD, P.A.
390 N. Orange Ave., Suite 1000
Orlando, FL 32801
Telephone: (407) 843-3939
Facsimile: (407) 649-8118
*Attorneys for Defendants Centurion of Florida, LLC and MHM Health Professionals, LLC, CHRISTINE NOBLES, GERALD AMATUCCI, KELLY WEXLER, SUMMER SEALY, and TROY WILCOXSON*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on May 1, 2024 of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Peter Bartoszek
Peter Bartoszek