UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN ADAMS,

    Plaintiff,

v.

CAPT. JOSEPH I. SCHROCK, et al.,

    Defendants.

CASE NO.  3:23cv3882-MCR-HTC

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on  May 2, 2024
Motion/Pleadings: MOTION TO MODIFY SCHEDULING ORDER
Filed by Defendants  on May 1, 2024  Doc. # 49
    ____ Stipulated  ____ Joint Pleading
    ____ Unopposed  ____ Consented

    JESSICA J. LYUBLANOVITS
    CLERK OF COURT
    */s/ Patricia G. Romero*
    Deputy Clerk: Patricia G. Romero

---

    On consideration the motion is GRANTED. Because no party has filed a response in opposition to the motion, the motion is therefore deemed unopposed. The parties' discovery deadline is extended to July 31, 2024, and all correlating deadlines are extended accordingly.

    **DONE and ORDERED** this 28th day of May 2024.

    *M. Casey Rodgers*
    **M. CASEY RODGERS**
    **UNITED STATES DISTRICT JUDGE**