## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**STEVEN ADAMS,**

      **Plaintiff,**

**v.**                                           **Case No. 3:23-cv-3882-MCR-HTC**

**CAPT. JOSEPH I. SCHROCK, SGT.
MICHAEL C. TONA, SGT. CODY L.
SAINT, OFCR. BENJAMIN E. LEWIS,
individually, CENTURION OF
FLORIDA, LLC, MHM HEALTH
PROFESSIONALS, LLC, health care
corporations, CHRISTINE NOBLES,
GERALD AMATUCCI, KELLY
WEXLER, SUMMER SEALY, and
TROY WILCOXSON, individually,**

      **Defendants.**
_____/

## NOTICE OF APPEARANCE

      The undersigned hereby files this Notice of Appearance as counsel of record

and designation as lead counsel for Defendants, CAPT. JOSEPH I. SCHROCK,

SGT. MICHAEL C. TONA, SGT. CODY L. SAINT, and OFCR. BENJAMIN E.

LEWIS, in the above-referenced case. Please direct all pleadings, correspondence,

and other communications regarding this case to:

      Jami M. Kimbrell
      Howell, Buchan, & Strong
      2898-6 Mahan Drive
      Tallahassee, Florida 32308

Phone: (850) 877-7776
Email: Jami@jsh-pa.com

Respectfully submitted,

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell
Florida Bar No. 0657379
Howell, Buchan & Strong
2898-6 Mahan Drive
Tallahassee, Florida 32308
Telephone: (850) 877-7776
Jami@jsh-pa.com
*Attorney for Defendants,*
*Capt. Joseph I. Schrock, Sgt. Michael*
*C. Tona, Sgt. Cody L. Saint, and Ofcr.*
*Benjamin E. Lewis*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing has been served on all counsel of record by the e-filing portal on July 29, 2024.

*/s/ Jami M. Kimbrell*
Jami M. Kimbrell