UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN ADAMS,

    Plaintiff,

v.                                                    CASE NO. 3:23cv3882-MCR-HTC

CAPT. JOSEPH I. SCHROCK,
SGT. MICHAEL C. TONA, SGT.
CODY L. SAINT, OFCR. BENJAMIN
E. LEWIS, individually, CENTURION
OF FLORIDA, LLC, MHM HEALTH
PROFESSIONALS, LLC, health care
corporations, CHRISTINE NOBLES,
GERALD AMATUCCI, KELLY
WEXLER, SUMMER SEALY, and
TROY WILCOXSON, individually

    Defendants.
_____/

## DEFICIENCY ORDER

Defendant Centurion of Florida, LLC ("Centurion") filed a notice of settlement informing the Court that it had reached a settlement with Plaintiff Steven Adams and Defendants MHM Health Professionals, LLC, Christine Nobles, Gerald Amatucci, Kelly Wexler, Summer Sealy, and Troy Wilcoxson. ECF No. 52. The Court ordered the parties to file either a stipulated voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or a motion to dismiss pursuant to Rule 41(a)(2). ECF No. 54. The Court's order specifically cited *City of Jacksonville v.*

*Jacksonville Hospital Holdings, L.P.*, 82 F.4th 1031 (11th Cir. 2023), and noted that a voluntary dismissal "must be signed by all parties who have appeared, regardless of whether they are a party to the dismissal or whether they remain in the action." ECF No. 54 at 2.

Plaintiff Adams opted to file a joint stipulation of voluntary dismissal. ECF No. 55. It is defective. First, Centurion is nowhere to be found in the joint stipulation. The parties must clarify whether Centurion is to be dismissed. Second, the stipulation is not signed by all parties who have appeared. The Eleventh Circuit has instructed that dismissals under Rule 41(a)(1)(A)(ii) must be signed by "**all parties who have appeared**" in the action, including those who remain in the action and those who have been terminated from it. *City of Jacksonville*, 82 F.4th at 1038. The parties are directed to file a joint stipulation of voluntary dismissal or a motion to dismiss in compliance with the Federal Rules of Civil Procedure and Eleventh Circuit case law by August 21, 2024.

**DONE AND ORDERED** this 5th day of August 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

CASE NO. 3:23cv3882-MCR-HTC