UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVEN ADAMS,

    Plaintiff,

v.

JOSEPH I SCHROCK, et al.,

    Defendants.

CASE NO. 3:23cv3882-MCR-HTC

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on  August 14, 2024
Motion/Pleadings: JOINT MOTION TO EXTEND DEADLINES TO RESPOND TO MOTION TO COMPEL AND TO RESPOND TO DISPOSITIVE MOTIONS
Filed by  Plaintiff  on  August 13, 2024  Doc. # 63
\_\_\_\_ Stipulated     X  Joint Pleading
\_\_\_\_ Unopposed     \_\_\_\_ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/     Patricia G. Romero*
Deputy Clerk:     Patricia G. Romero

---

On consideration, the motion is GRANTED, for good cause shown. The Parties' deadlines to respond to the motion to compel and to bring dispositive motions is extended by 14 days.

**DONE** and **ORDERED** this 14th day of August 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**